PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:02CR00343-01 |
| ) | |
| **HRIPSIME MURADIAN** ) | |
| ) | |

On March 25, 2003, the above-named was placed on probation for a period of 42 months. The Court finds she has complied with the rules and regulations of supervision.

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.


September 28, 2005                     /s/Lawrence K. Karlton
**Date**                                       **Lawrence K. Karlton
                                               Senior United States District Judge**